JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STUYVESANT T. BONNER, | ) SACV 12-09213 AN |
|---|---|
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying remand order, it is hereby ADJUDGED AND DECREED THAT, (1) Plaintiff's request for an order remanding the case for further proceedings is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is hereby entered in Plaintiff's favor.

DATED:   September 19, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE