1  ~~Laura E. Krank~~
   ~~Attorney at Law: 220208~~
2  ~~Law Offices of Rohlfing & Kalagian, LLP~~
   ~~211 East Ocean Boulevard, Suite 420Long Beach, CA 90802~~
3  ~~Tel.: (562)437-7006~~
   ~~Fax: (562)432-2935~~
4  ~~E-mail: rohlfing.kalagian@rksslaw.com~~

5  ~~Attorneys for Plaintiff~~
   ~~Stuyvesant T Bonner~~

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Shy               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUYVESANT T BONNER,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>Defendant | Case No.: CV 12-9213 AN<br><br>~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

///

///

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

-1-

1     IT IS ORDERED that fees and expenses in the amount of $4,400.00 as
authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  December 5, 2013

                              THE HONORABLE ARTHUR NAKAZATO
                              UNITED STATES MAGISTRATE JUDGE